# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 11, 2015

Mr. Eric Larson Zalud
Benesch, Friedlander, Coplan & Aronoff, L.L.P.
200 Public Square
BP America Building
Suite 2300
Cleveland, OH 44114-2378

    No. 14-11316     Armando Ybarra v. Dish Network, L.L.C.
                      USDC No. 4:13-CV-963

Dear Mr. Zalud,

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Renee S. McDonough, Deputy Clerk
                                  504-310-7673

cc:
    Mr. Jody Berke Burton
    Ms. Jenny Diane DeFrancisco
    Mr. Vic Houston Henry
    Mr. Benjamen E. Kern
    Ms. Laura Elizabeth Kogan