## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 11, 2015

Mr. Eric Larson Zalud
Benesch, Friedlander, Coplan & Aronoff, L.L.P.
200 Public Square
BP America Building
Suite 2300
Cleveland, OH 44114-2378

        No. 14-11316    Armando Ybarra v. Dish Network, L.L.C.
                        USDC No. 4:13-CV-963

Dear Mr. Zalud,

You must submit the four (4) paper copies of your record excerpts
required by 5ᵀᴴ Cɪʀ. R. 30.1.2 within five (5) days of the date of
this notice pursuant to 5th Cir. ECF Filing Standard E.1.  We
remind attorneys that the paper copies of record excerpts filed
with the court must contain physical tabs that extend beyond the
edge of the document to facilitate easy identification and review
of tabbed documents. See 5ᵀᴴ Cir. R.30.1.7(c).

Failure to timely provide the appropriate number of copies may
result in the dismissal of your appeal pursuant to 5ᵀᴴ Cɪʀ. R. 42.3.


                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         *Renee McDonough*

                         By: _____
                         Renee S. McDonough, Deputy Clerk
                         504-310-7673

cc:
    Mr. Jody Berke Burton
    Ms. Jenny Diane DeFrancisco
    Mr. Vic Houston Henry
    Mr. Benjamen E. Kern
    Ms. Laura Elizabeth Kogan